**FILED**

June 15, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003565467

**2**

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 11-14530-B-7 |
| JOSE T. MALDONADO, | Chapter 7 |
| Debtor. | DC No. KDG-3 |
| | Date: July 6, 2011 |
| | Time: 10:00 a.m. |
| | Place: United States Bankruptcy Court |
| | 2500 Tulare Street, 5th Floor |
| | Courtroom 12, Dept. B |
| | Fresno, California |
| | Judge: Honorable W. Richard Lee |

## MOTION FOR ORDER AUTHORIZING THE SALE OF REAL PROPERTY (2414 W. WHITENDALE AVENUE, VISALIA, CALIFORNIA 93277)

TO ALL CREDITORS AND PARTIES IN INTEREST:

JOSE T. MALDONADO (the "Debtor") respectfully submits the following motion for an order authorizing the sale of real property, and represents as follows:

1.    The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 19, 2011.

2.    The Debtor is the owner of real property located at 2414 W. Whitendale Avenue, Visalia, California (the "Property"). The Debtor has agreed to sell the Property to a buyer for $165,000, which is less than the amount owed on the Property. A copy of the signed

34Q7698

RESIDENTIAL INCOME PROPERTY PURCHASE AGREEMENT AND JOINT ESCROW INSTRUCTIONS dated May 2, 2011 is attached as Exhibit "1" to the as Exhibit "1" to the *Exhibits in support of Motion for Order Authorizing the Sale of Real Property* (the "Exhibits").

3.      The Property is encumbered with approximately $384,755.72 in secured debt. Approximately $5,499.72 is owed in property taxes, which will be paid out of the close of escrow. Americas Servicing Co. holds a first priority deed of trust on the Property and is owed approximately $335,500. EMC Mortgage holds a second priority deed of trust on the Property and is owed approximately $43,756. Americas Servicing Co. and EMC Mortgage have agreed to reconvey their deeds of trust for less than the full amount that they are owed, as set forth in *Declaration of Jose T. Maldonado in support of the Motion for Order Authorizing the Sale of Real Property*, filed concurrently herewith.

4.      The Debtor will receive no proceeds from the sale of the Property.

5.      The approval of the sale is subject to higher and better bids.

6.      The grounds for the motion are in the best interest of the estate's creditors.

7.      The Chapter 7 Trustee filed a NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO on May 28, 2011, which is attached as Exhibit "2" to the Exhibits.

WHEREFORE, the Debtor prays that this Court grant him an order authorizing him to sell the Property, and for such other and further relief as is proper.

Executed: June _15_, 2011

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By:          _____

HAGOP T. BEDOYAN
CHRISTIAN D. JINKERSON
Attorneys for Debtor